IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMERICAN TAEKWONDO ASSOCIATION, INC.                    PLAINTIFF

v.                        CASE NO. 4:23-CV-393-BSM

GREGORIO DIAZ and #1 KARATE FOR KIDS
FAMILY CENTER, INC. d/b/a #1 MARTIAL ARTS               DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE